UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ARTHUR BRACKEN,<br><br>    Petitioner,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent.                     / | No. C 15-0663 MEJ (PR)<br><br>**ORDER OF TRANSFER** |

    This federal habeas action, in which petitioner challenges convictions he suffered in the Siskiyou County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith.

    IT IS SO ORDERED.

DATED: February 19, 2015

                                                    Maria-Elena James<br>                                                    United States Magistrate Judge